# *United States District Court*
~
# *Northern District of New York*

## CIVIL JUDGMENT

**PETER GONZALEZ and FRANCESCA GONZALEZ**

**V.**  CASE NUMBER:  : 1:06-CV-898 (GLS) (RFT)

**EDWARD O. SPAIN, Judge, The State of New York Supreme Court Appellate Division Third Department; CARL J. MUGGLIN, Judge, The State of New York Supreme Court Appellate Division Third Department; ROBERT S. ROSE, Judge, The State of New York Supreme Court Appellate Division Third Department; JOHN A. LAHTINEN, Judge, The State of New York Supreme Court Appellate Division Third Department; ANTHONY KANE, Judge, The State of New York Supreme Court Appellate Division Third Department; DAN LAMONT, Judge, The Supreme Court of Schoharie County**

[X] **Decision by Court.** This action came to hearing before the Court and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That leave to proceed with this action without payment of the filing fee is denied, the action is dismissed pursuant to 28 USC 1915(e)(2)(B) and Rule 5.4(a) and it is further certified that any appeal of this matter would not be taken in good faith pursuant to 28 USC 1915(a)(3).

All of the above pursuant to the order of the Honorable Gary L. Sharpe, dated the 27th day of July, 2006.

**JULY 28, 2006**                              **LAWRENCE K. BAERMAN**

_____    _____

**DATE**                                       **CLERK OF COURT**

                                              **s/**

                                              _____

                                              **JOANNE BLESKOSKI**

                                              **DEPUTY CLERK**